UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HENRY WONG, <br><br> Plaintiff, <br><br> v. <br><br> BRIAN CAMPBELL, et al., <br><br> Defendants. | CASE NO. C19-1841JLR <br><br> ORDER DENYING ENTRY OF STIPULATED PROTECTIVE ORDER WITHOUT PREJUDICE |

Before the court is the parties' Stipulated Protective Order.  (Stip. (Dkt. # 13).)  The parties have asked the court to enter this stipulation as an order of the court.  (*See id.*)  The parties, however, have failed to comply with Local Rule LCR 26(c)(2).  *See* Local Rules W.D. Wash. LCR 26(c)(2).  Pursuant to this rule, "[p]arties are encouraged to use this district's model protective order, available on the court's website."  *Id.*  "Parties that wish to depart from the model order must provide the court with a redlined version identifying departures from the model."  *Id.*  Here, the parties appear to have used the model protective order but have failed to provide a red-lined version as required under

ORDER - 1

1  the local rules.  Accordingly, the court DENIES the parties' stipulated motion for entry of
2  their agreed protective order, but without prejudice to re-filing in a manner that comports
3  with the court's local rules.
4      Dated this 8th day of September, 2020.

JAMES L. ROBART
United States District Judge